AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

**ANTHONY P. RAYMOND**

SSN: 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
DOB: May 11, 1970

**WARRANT FOR ARREST**

CASE NUMBER: 04-MJ00079-LPC

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **ANTHONY P. RAYMOND** _____
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   **X Complaint**   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Armed Bank Robbery;**

in violation of Title __18__ United States Code, Section(s) __2113 (d)__ ;

_Lawrence P. Cohen_                                        _U.S. Magistrate Judge_
Name of Issuing Officer                                    Title of Issuing Officer

_[signature]_                                              _November 10, 2004 - Boston, MA_
Signature of Issuing Officer                               Date and Location

Bail fixed at $ _____   by _____
                                             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: <u>ANTHONY P. RAYMOND</u>

ALIAS: <u>Tony "Razor" Ramone</u>

LAST KNOWN RESIDENCE: <u>225 Russell St., Everett, MA</u>

LAST KNOWN EMPLOYMENT: <u>Richey's Slush Co., Everett, MA</u>

PLACE OF BIRTH: <u>Chelsea, Massachusetts</u>

DATE OF BIRTH: <u>May 11, 1970</u>

SOCIAL SECURITY NUMBER: <u>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</u>

HEIGHT: <u>5 ft 11 in</u>    WEIGHT: <u>250 lbs</u>

SEX: <u>Male</u>    RACE: <u>Caucasian</u>

HAIR: <u>Brown</u>    EYES: <u>Brown</u>

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: <u>unknown</u>

FBI NUMBER: <u>884372TA3</u>

COMPLETE DESCRIPTION OF AUTO: <u>unknown</u>

INVESTIGATIVE AGENCY AND ADDRESS: <u>Federal Bureau of Investigation, 1 Center Plaza, Suite, 600, Government Center, Boston, Massachusetts</u>