AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF  MASSACHUSETTS

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| ANTHONY RAYMOND | Case Number:  04-79 |

| PRESIDING JUDGE<br>COHEN | PLAINTIFF S ATTORNEY<br>MOORE | DEFENDANT S ATTORNEY<br>WITKIN |
|---|---|---|
| TRIAL DATE (S)<br>11/16/04 - DTN HRG | COURT REPORTER | COURTROOM DEPUTY<br>MS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 11/16/04 | | | WITNESS - FBI SPECIAL AGENT ROBERT RICE |
| X | | 11/16/04 | 1 | | AFFIDAVIT OF SPECIAL AGENT RICE - COURT TAKES JUDICIAL NOTICE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages