UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate's Docket No.
04-10079-LPC

UNITED STATES OF AMERICA

v.

ANTHONY P. RAYMOND

ORDER OF DETENTION

November 16, 2004

COHEN, M.J.

After hearing, the defendant having refused to be interviewed by Pretrial Services concerning his roots and other matters relevant to a decision on the government's motion for detention, and, consequently, this court be uninformed as to any material facts relating to the suitability of releasing the defendant pending trial,

IT IS ORDERED that the defendant be DETAINED pending trial, and it is further Ordered--

(1) That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3) On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.[1]

*[signature]*
_____
UNITED STATES MAGISTRATE JUDGE

---

[1] This Order of Detention is entered without prejudice to reconsideration on motion duly filed.