UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              NO. 04 79 LRC

ANTHONY P. RAYMOND

**MOTION FOR TRANSCRIPT OF DETENTION HEARING OF NOVEMBER 16, 2004 AT GOVERNMENT EXPENSE**

The defendant moves for a transcript of testimony taken at the detention hearing of November 16, 2004, at government expense.

The defendant has been adjudicated an indigent.

At that time Special Agent Robert Rice, a Special Agent of the Federal Bureau of Investigation, testified at length and in detail concerning the events giving rise to the above numbered complaint.

Wherefore the defendant moves that he be provided with a transcript of his testimony, at government expense.

*/s/Roger Witkin*
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED:  November 17, 2004

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                               CRIMINAL NO. 04 79 LRC

ANTHONY P. RAYMOND

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Paul Moore, and a courtesy copy to the Clerk of Court by mail and electronic filing, which was e-filed this day.

                                                  */s/ Roger Witkin*
                                                  Roger Witkin
                                                  6 Beacon Street, Suite l0l0
                                                  Boston, MA 02l08
                                                  Tel. 6l7 523 0027
                                                  Fax 6l7 523 2024
                                                  BBO No. 53l780

DATE: November 17, 2004