AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF _____ MASSACHUSETTS _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ANTHONY P. RAYMOND<br><br>SSN: 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<br>DOB: May 11, 1970 | **WARRANT FOR ARREST**<br><br>CASE NUMBER: 04-MJ0079-LPC |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **ANTHONY P. RAYMOND** _____
                                                                Name
and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   **X** Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Armed Bank Robbery;**

in violation of Title __18__ United States Code, Section(s) __2113 (d)__ ;

_Lawrence P. Cohen_                               _U.S. Magistrate Judge_
Name of Issuing Officer                             Title of Issuing Officer

_[signature]_                                        _November 10, 2004 - Boston, MA_
Signature of Issuing Officer                         Date and Location

Received 2004 NOV 10 P 12:56 U.S. Marshal Service Boston, MA

Bail fixed at $ _____   by _____
                                             Name of Judicial Officer

| RETURN | | | |
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____<br>WARRANT EXECUTED BY FBI<br>ARREST/ARRAIGNMENT OF THE DEFENDANT ON 11/12/04 | | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | | |