UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                          Magistrate No. 04 79 LCR

ANTHONY P. RAYMOND

APPEAL FROM MAGISTRATE JUDGE'S DENIAL OF DEFENDANT'S MOTION
FOR A TRANSCRIPT OF DETENTION HEARING

The defendant appeals from the ruling of the Magistrate Judge, Cohen, M/J, pursuant to 28 USC §636(a) denying the defendant's motion for a transcript at government expense of the detention hearing of November 16, 2004.

The defendant needs the transcript for trial preparation, impeachment of the witness who testified at the detention hearing and as further discovery.

The Order denying the motion was entered on November 23, 2004.

*/s/Roger Witkin*
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED:   December 3, 2004

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              Magistrate No. 04-79 LCR

ANTHONY P. RAYMOND

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Paul Moore, and a courtesy copy to Maria Simeone, Courtroom Clerk for Honorable Lawrence P. Cohen, by mail and electronic filing, which was e-filed this day.

                                                    */s/ Roger Witkin*
                                                    Roger Witkin
                                                    6 Beacon Street, Suite l0l0
                                                    Boston, MA 02l08
                                                    Tel. 6l7 523 0027
                                                    Fax 6l7 523 2024
                                                    BBO No. 53l780

DATE: December 3, 2004